JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO MATHEWS,<br>Petitioner,<br>v.<br>DEBBIE ASUNCION, Warden,<br>Respondent. | Case No. 2:17-cv-08378-KES<br><br>**JUDGMENT** |

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: August 27, 2018

_____
KAREN E. SCOTT
United States Magistrate Judge